IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY SOMMERS<br>　　　　Plaintiff<br><br>　　v.<br><br>RAFAEL ADAMES and<br>PAMBROS TRANSPORT CORP.<br>　　　　Defendants | CIVIL ACTION<br><br>NO. 17-1001 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

On January 3, 2018, both parties hereby stipulate that this matter is settled and dismissed, with prejudice and in full, pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Date: January 3, 2018            By: _____
                                     Chad E. Rankin, Esquire
                                     Attorney for Plaintiff


Date: January 9, 2018            By: _____
                                     Benjamin J. Tursi, Esquire
                                     Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY SOMMERS<br>    Plaintiff<br><br>   v.<br><br>RAFAEL ADAMES and<br>PAMBROS TRANSPORT CORP.<br>    Defendants | CIVIL ACTION<br><br>NO. 17-1001 |

## CERTIFICATE OF SERVICE

  I, Chad E. Rankin, Esquire, an attorney at Rankin & Gregory, LLC, hereby certify that a true and correct copy of the foregoing document, **Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41 (a)(1)(A)(i)** thereof, was sent to the following individual, via First Class Mail, Postage Prepaid, addressed as follows:

Benjamin J. Tursi, Esquire<br>
Marks O'Neill O'Brien Doherty & Kelly, PC<br>
One Penn Center<br>
1617 JFK Boulevard, Suite 1010<br>
Philadelphia, PA 19103<br>
<em>Counsel for Defendants</em>

RESPECTFULLY SUBMITTED:

RANKIN & GREGORY, LLC

Date: January 15, 2018    By: _____
                    Chad E. Rankin, Esquire
                    Attorney I.D. # 87896
                    2173 Embassy Drive
                    Lancaster, PA  17603
                    (717) 406-3216
                    Attorney for Plaintiff